# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:03CR00316-02 |
| ) | |
| **Marc Glen CHAPPLE** ) | |

## LEGAL HISTORY:

On January 21, 2004, the above-named was sentenced to 15 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 36 months, which commenced on June 9, 2006. Special conditions included: Warrantless search and seizure; Financial disclosure; Credit/debt restrictions; Drug/alcohol treatment, testing and co-payment; Mail and identification restrictions; and Association restrictions.

## SUMMARY OF COMPLIANCE:

Mr. Chapple has complied with all conditions and special conditions of Supervised Release, and he has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Chapple has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:    Marc Glen CHAPPLE**
    **Docket Number:  2:03CR00316-02**
    **RECOMMENDATION TERMINATING**
    <u>**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**</u>

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:     February 11, 2009
           Elk Grove, California
           RWE/cj

**REVIEWED BY:**      /s/ Deborah A. Spencer
                **DEBORAH A. SPENCER**
                **Supervising United States Probation Officer**

RWE/cj

cc:    AUSA, To be assigned - Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob 35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Docket Number: 2:03CR00316-02 |
| ) | |
| **Marc Glen CHAPPLE** ) | |
| ) | |

On June 9, 2006, the above-named was placed on Supervised Release for a period of 36 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated: February 11, 2009
Elk Grove, California
RWE/cj

**REVIEWED BY:** /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

**RE:    Marc Glen CHAPPLE
         Docket Number:  2:03CR00316-02
         ORDER TERMINATING SUPERVISED RELEASE
         <u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

March 3, 2009
**Date**

**Lawrence K. Karlton
Senior United States District Judge**

RWE/cj

Attachment:  Recommendation

cc:     United States Attorney's Office